**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| LESLIE VON SULDON, | : | |
| Plaintiff, | : | 7:07-CV-150 (WLS) |
| v. | : | |
| WARDEN SANDRA ABRAMS, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed on May 14, 2008. (Doc. 81). It is recommended that Defendant Odom's Motion for Summary Judgment (Doc. 67) be granted as to all claims. (Doc. 81). To date, no objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 81) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant Odom's Motion for Summary Judgment (Doc. 67) is hereby **GRANTED** as to all of Plaintiff's claims.

**SO ORDERED**, this __20th__ day of June, 2008.

       /s/W. Louis Sands
       **THE HONORABLE W. LOUIS SANDS,**
       **UNITED STATES DISTRICT COURT**

1